IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | **4:18CR3041** |
| vs. | |
| CLAUDE CHARLES IRONTHUNDER, | **ORDER** |
| Defendant. | |

After de novo review,

IT IS ORDERED that Defendant's Objection and Request for Further Review of the Order Denying Defendant's Motion for Release From Detention in Order to Attend Treatment (filing no. 26) is denied.

Dated this 13th day of August, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge