IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. CLAUDE CHARLES IRONTHUNDER, Defendant. | 4:18CR3041 ORDER |

IT IS ORDERED:

1) The motion of Justin J. Cook to withdraw as counsel of record for Defendant, (Filing No. 27), is granted.

2) Defendant's newly retained counsel, Robert W. Chapin , Jr., shall promptly notify Defendant of the entry of this order.

3) The clerk shall delete Justin J. Cook from any future ECF notifications herein.

August 13, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge