IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18CR3041 |
| vs. | |
| CLAUDE CHARLES IRONTHUNDER, | ORDER |
| Defendant. | |

Defendant has moved for an order directing that Defendant be permitted to wear civilian clothing at his plea hearing, arguing "non civilian clothing would show disrespect to the Court and may prejudice his right to receive a fair hearing and due process of law as guaranteed by the United States Constitution." (Filing No. 3).

The plea hearing is before the undersigned magistrate judge. I do not consider jail attire as disrespectful to the court, and since I give it no consideration when conducting a change of plea hearing, Defendant's jail attire cannot prejudice his right to a fair hearing.

Accordingly,

IT IS ORDERED that Defendant's motion for civilian clothing, (Filing No. 33), is denied.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge