IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CLAUDE CHARLES IRON THUNDER,<br><br>Defendant. | 4:18CR3041<br><br>**ORDER** |

In light of Chief Judge Gerrard's opinion in *United States v. Jenkins*, 4:15CR3079, (Filing no. 88), I find and conclude that Mr. Iron Thunder has exhausted his administrative remedies. Therefore,

IT IS ORDERED that:

1. The motion to seal (Filing 59) is granted in part and denied in part. The motion for compassionate release (Filing 57), index in support (Filing 58), and medical records (Filing 60) shall be restricted but available to the parties and the court (including the Probation Officer).

2. A United States Probation Officer for the District of Nebraska shall as soon as reasonably possible obtain Mr. Iron Thunder's medical records from the Bureau of Prisons, file those medical records as sealed documents in this case, and provide copies to counsel for the government and counsel for the defendant. The Probation Officer shall also file as a restricted document his or her recommendations and evaluation after reviewing Mr. Iron Thunder's medical records including but not limited to the inmate's proposed release plan, his adjustment while in prison and any other information deemed helpful by the probation officer. The recommendations and evaluation of the probation officer shall be provided to counsel when the Probation Officer submits that document for filing. Fourteen calendar days after the submission of the recommendations and evaluation described in paragraph 2, the government shall submit a responsive brief. Mr. Iron Thunder through his counsel

may submit a reply brief within ten calendar days after the government's responsive brief. Unless otherwise ordered, upon receipt of Mr. Iron Thunder's reply brief or upon the expiration of the time for reply, the matter shall be deemed submitted. The briefs may be filed as restricted documents.

3. The Clerk's office shall provide a copy of this order to Supervising United States Probation Officer Aaron Kurtenbach.

Dated this 28th day of September, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge